LEECH TISHMAN FUSCALDO & LAMPL, INC.
Philip A. Toomey, Esq. (SBN. 89598)
Fadi K. Rasheed (SBN. 267175)
2041 Rosecrans Avenue, Suite 300
El Segundo, CA 90245
Telephone: 424.738.4400
Facsimile: 424.738.5080
ptoomey@leechtishman.com
frasheed@leechtishman.com
-and-
LEECH TISHMAN FUSCALDO & LAMPL, LLC
Patrick W. Carothers (PA I.D. No. 85721)
Matthew J. Burne (PA I.D. No. 314888)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.304.0153
Facsimile: 412.227.5551
pcarothers@leechtishman.com
mburne@leechtishman.com

*Attorneys for Defendant, Etón Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grundig Multimedia AG,<br><br>a Swiss Company<br><br>    Plaintiff,<br><br>    vs.<br><br>Etón Corporation,<br>a California Corporation<br><br>    Defendant. | Case Number: 5:20-cv-05206-NC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF PHILLIP A TOOMEY, ESQ. AS COUNSEL FOR DEFENDANT, PURSUANT TO N.D.CA. LCR 5-1** |

Phillip A. Toomey and Fadi K. Rasheed, of the Firm Leech Tishman Fuscaldo & Lampl, LLC ("Leech Tishman"), counsel for Etón Corporation (the "Defendant"), the defendant in the above captioned action, file this *Notice of Substitution of Counsel and Withdrawal as Counsel for the Defendant* in accordance with Rule 5-1(c)(2)(B) of the N.D.Ca. Local Rules of Civil Procedure, and submit as follows:

1.    Please remove and terminate Phillip A. Toomey from the Docket as counsel for the Defendant in the above captioned case and please remove Phillip A. Toomey from the CM/ECF Electronic Service List in the above captioned case.

2.    The firm of Leech Tishman will continue to represent the Defendant and Fadi K. Rasheed, an active member in good standing of the Bar of this Court and a partner with the firm Leech Tishman, will now act as lead counsel for the Defendant. Accordingly, please substitute Fadi K. Rasheed as "Lead Counsel" for the Defendant on the Court's Docket.

Respectfully Submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: December 11, 2020

*/s/ Phillip A. Toomey*
Philip A. Toomey, Esq. (SBN. 89598)
(*Withdrawing Attorney*)
2041 Rosecrans Avenue, Suite 300
El Segundo, CA 90245
Telephone: 424.738.4400
Facsimile: 424.738.5080
ptoomey@leechtishman.com

-and-

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: December 11, 2020

*/s/ Fadi K. Rasheed*
Fadi K. Rasheed (SBN. 267175)
(*Substituting as Lead Counsel to Defendant*)
2041 Rosecrans Avenue, Suite 300
El Segundo, CA 90245
Telephone: 424.738.4400
Facsimile: 424.738.5080
ptoomey@leechtishman.com
frasheed@leechtishman.com
*-and-*
Patrick W. Carothers (PA I.D. No. 85721)
Matthew J. Burne (PA I.D. No. 314888)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.304.0153
Facsimile: 412.227.5551
pcarothers@leechtishman.com
mburne@leechtishman.com

*Attorneys for Defendant, Etón Corporation*

LEECH TISHMAN FUSCALDO & LAMPL, INC.
Philip A. Toomey, Esq. (SBN. 89598)
Fadi K. Rasheed (SBN. 267175)
2041 Rosecrans Avenue, Suite 300
El Segundo, CA 90245
Telephone: 424.738.4400
Facsimile: 424.738.5080
ptoomey@leechtishman.com
frasheed@leechtishman.com
-and-
LEECH TISHMAN FUSCALDO & LAMPL, LLC
Patrick W. Carothers (PA I.D. No. 85721)
Matthew J. Burne (PA I.D. No. 314888)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.304.0153
Facsimile: 412.227.5551
pcarothers@leechtishman.com
mburne@leechtishman.com

*Attorneys for Defendant, Etón Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grundig Multimedia AG, <br> a Swiss Company <br><br> Plaintiff, <br><br> vs. <br><br> Etón Corporation, <br> a California Corporation <br><br> Defendant. | Case Number: 5:20-cv-05206-NC <br><br> **CERTIFICATE OF SERVICE** |

I, Phillip A. Toomey, do hereby certify that on December 14, 2020, I caused to be served a copy of the *Notice of Substitution of Counsel and Withdrawal of Phillip A. Toomey, Esq as Counsel for Defendant, pursuant to N.D.Ca. LCR 5-1*, on the following parties by electronic notice through the Court's CM/ECF system and via Electronic Mail:

Andrea Kay Orth, Esq.
McDonnell Boehnen Hulbert and Berghoff LLP
300 South Wacker Drive, Suite 3200
Chicago, IL 60606
Email: orth@mbhb.com
*Counsel for Plaintiff, Grundig Multimedia, AG*

Joshua Reuben Rich, Esq.
McDonnell Goehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
Email: rich@mbhb.com
*Counsel for Plaintiff, Grundig Multimedia, AG*

Respectfully Submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: December 14, 2020

*/s/ Phillip A. Toomey*
Philip A. Toomey, Esq. (SBN. 89598)
Fadi K. Rasheed (SBN. 267175)
2041 Rosecrans Avenue, Suite 300
El Segundo, CA 90245
Telephone: 424.738.4400
Facsimile: 424.738.5080
ptoomey@leechtishman.com
frasheed@leechtishman.com

-and-

LEECH TISHMAN FUSCALDO & LAMPL, LLC
Patrick W. Carothers (PA I.D. No. 85721)
Matthew J. Burne (PA I.D. No. 314888)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.304.0153
Facsimile: 412.227.5551
pcarothers@leechtishman.com
mburne@leechtishman.com

*Attorneys for Defendant, Etón Corporation*